# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>Plaintiffs,<br><br>v.<br><br>DAN BROUILLETTE, et al.,<br><br>Defendants. | CV 20-98-GF-BMM<br><br><br>**ORDER** |

Plaintiff has moved for an order allowing Travis Annatoyn, Esq., to appear *pro hac vice* in this case with Shiloh Hernandez, Esq. designated as local counsel Mr. Annatoyn's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiff's motion to allow Mr. Annatoyn to appear on it's behalf (Doc. 3) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Mr. Annatoyn;

2. Mr. Annatoyn must do his own work. He must do his own writing,

sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Mr. Annatoyn.

IT IS FURTHER ORDERED that:

Mr. Annatoyn shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 30th day of October, 2020.

*/s/ Brian Morris*

---

Brian Morris, Chief District Judge
United State District Court