# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

CODY T. KNAPP
Federal Programs Branch, Civil Division
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Tel.: (202) 532-5663
E-mail: cody.t.knapp@usdoj.gov
*Counsel for Defendants*

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *Plaintiff*, vs. DAN BROUILLETTE, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY, *Defendants*. | Case No. 4:20-cv-98-BMM **DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants move to dismiss the complaint, Doc. 1, in the above-captioned action. The reasons in support of this motion are set forth in a separate memorandum filed separately. In compliance with Local Rule 7.1(c)(1),

Defendants contacted Plaintiff, and Plaintiff indicated that it will oppose this motion.

    Respectfully submitted this 21st day of December, 2020,

        JEFFREY BOSSERT CLARK
        Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Assistant Branch Director

        */s/ Cody T. Knapp*
        CODY T. KNAPP
        Trial Attorney
        Federal Programs Branch, Civil Division
        U.S. Department of Justice

        *Counsel for Defendants*