# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER GRANHOLM, in her official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendants. | Case No. 4:20-cv-98-BMM<br><br><br>**ORDER** |

Plaintiff Western Organization of Resource Councils and Defendants, the United States Department of Energy and Jennifer Granholm, in her official capacity as Secretary of Energy, jointly move to vacate the Court's April 20, 2021 Preliminary Pretrial Conference Order and ask the Court to adopt a proposed schedule for final disposition pursuant to Local Rule 16.3(a)(2). Accordingly, the Court adopts the following schedule:

        Defendants to Lodge and Certify    **June 21, 2021**
        the Administrative Record

| | |
|---|---|
| Any Motion to Supplement the Administrative Record to Be Filed | **July 19, 2021** |
| Plaintiff to File Motion for Summary Judgment | **August 17, 2021** |
| Defendants to File Consolidated Response and Cross-Motion for Summary Judgment | **September 16, 2021** |
| Plaintiffs to File Consolidated Response and Reply | **October 7, 2021** |
| Defendants to File Reply | **October 25, 2021** |

If a motion to supplement the administrative record is filed, the summary judgment briefing deadlines set forth herein shall be suspended. The parties shall propose an amended briefing schedule within 14 days of the resolution of any motions to supplement the administrative record.

DATED this 14th day of May, 2021

Brian Morris, Chief District Judge
United States District Court