IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>*Plaintiff*,<br><br>vs.<br><br>JENNIFER GRANHOLM, in her official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY,<br><br>*Defendants*. | Case No. 4:20-cv-98-BMM<br><br><br><br>**ORDER GRANTING JOINT MOTION TO AMEND CASE DEADLINES** |

Plaintiff Western Organization of Resource Councils and Defendants, the United States Department of Energy and Jennifer Granholm, in her official capacity as Secretary of Energy, jointly move to vacate the Court's May 14, 2021 scheduling order and ask the Court to adopt new pre-trial deadlines. Accordingly, the Court vacates the May 14, 2021 scheduling order and adopts the following schedule:

| | |
|---|---|
| Defendants to Re-File Administrative Record; Plaintiff to Move to Supplement | **August 18, 2021** |

| | |
|---|---|
| Parties to Propose Summary Judgment Briefing Schedule | **August 25, 2021** |

DATED this 19th day of July, 2021

_____
Brian Morris, Chief District Judge
United States District Court