# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *Plaintiff*, vs. JENNIFER GRANHOLM, in her official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY, *Defendants*. | Case No. 4:20-cv-98-BMM  **ORDER GRANTING JOINT MOTION TO AMEND CASE DEADLINES** |

Plaintiff Western Organization of Resource Councils and Defendants, the United States Department of Energy and Jennifer Granholm, in her official capacity as Secretary of Energy, jointly move to vacate the Court's July 19, 2021 scheduling order and ask the Court to adopt new pre-trial deadlines. Accordingly, the Court vacates the July 19, 2021 scheduling order and adopts the following schedule:

        Defendants to Re-File        **September 8, 2021**
        Administrative Record

| | |
|---|---|
| Plaintiff to Move to Supplement, OR Parties to Propose Summary Judgment Briefing Schedule | **September 15, 2021** |

DATED this 18th day of August, 2021

_____
Brian Morris, Chief District Judge
United States District Court