Shiloh Hernandez (MT Bar No. 9970)
Senior Attorney
Earthjustice
Northern Rockies Office
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
T: (406) 586-9692 ext. 1929
shernandez@earthjustice.org

Aman George (D.C. Bar No. 1028446)
(admitted *pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
T: (202) 701-1783
ageorge@democracyforward.org

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, <br><br> *Plaintiff,* <br><br> vs. <br><br> JENNIFER GRANHOLM, et al., <br><br> *Defendants*. | Case No. 4:20-cv-98-BMM <br><br><br> **PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT** |

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff Western Organization of Resource Councils (WORC) moves for summary judgment on all claims in its Complaint (Doc. 1). This motion is supported by WORC's accompanying brief.

This Court should enter summary judgment for WORC because there is no genuine dispute as to any material facts and WORC is entitled to relief as a matter of law. Fed. R. Civ. P. 56(a). For relief, this Court should order the Department to disclose materials produced for or by the Corporation or the Council's subcommittees between 2017 and 2020. If the Department does not do so promptly, this Court should enjoin operation of the Council and its reliance on the Corporation or subcommittees until the Department has complied with the Court's order, as well as order any other appropriate relief.

DATED this October 20, 2021.

/s/ Shiloh Hernandez
Shiloh Hernandez (MT Bar No. 9970)
Senior Attorney
Earthjustice
Northern Rockies Office
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
T: (406) 586-9692 ext. 1929
shernandez@earthjustice.org

<u>/s/ Aman George</u>
Aman George (D.C. Bar No. 1028446)
(admitted *pro hac vice*)
Senior Counsel
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
T: (202) 701-1783
ageorge@democracyforward.org

*Attorneys for Plaintiff*