IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS,  *Plaintiff*,  vs.  JENNIFER GRANHOLM, in her official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF ENERGY,  *Defendants*. | Case No. 4:20-cv-98-BMM  **ORDER EXTENDING THE STAY OF FURTHER PROCEEDINGS** |

Plaintiff Western Organization of Resource Councils and Defendants, the United States Department of Energy and Jennifer Granholm, in her official capacity as Secretary of Energy, report that the parties' are continuing to engage in productive discussions that may allow the resolution of this case without further action by the Court. Accordingly, the Court extends the stay of further proceedings in this case. The Court further orders the parties to file a second joint status report on or before February 23, 2022, apprising

the Court of the status of their discussions and, if appropriate, proposing a schedule for further proceedings.

DATED this 25th day of January, 2022

_____
Brian Morris, Chief District Judge
United States District Court