IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

WESTERN ORGANIZATION
OF RESOURCE COUNCILS,

Plaintiff,

v.

JENNIFER GRANHOLM, et al.,

Defendants

CV-20-98-GF-BMM

**ORDER**

Upon the Notice of Voluntary Dismissal, (Doc. 52) and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED.

DATED this 6th day of June, 2022.

Brian Morris, Chief District Judge
United States District Court